# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dennis Hamilton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00240-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd E. Ishee | ) | |
| FNU Newton | ) | |
| Robert T. Barker | ) | |
| FNU Mitchell | ) | |
| FNU Thomas, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2021 Order.

June 30, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court